**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2234**

LINDA COSTELLO,

    Plaintiff - Appellant,

  v.

BEVERLY JOHNSON, Manager, Place One Apartments, SP PLACE ONE LP, (Owners),

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   James R. Spencer, Chief District Judge. (3:11-cv-00198-JRS)

Submitted:  March 29, 2012    Decided:  April 2, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Linda Costello, Appellant Pro Se.  David Drake Hudgins, HUDGINS LAW FIRM, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linda Costello appeals the district court's order denying relief on her complaint asserting claims under the Fair Housing Act and for battery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Costello v. Johnson, No. 3:11-cv-00198-JRS (E.D. Va. Aug. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED